IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

THE LINCOLN NATIONAL LIFE          *
INSURANCE COMPANY,
                                   *
      Plaintiff,
                                   *
vs.                                          CASE NO. 4:26-cv-110 (CDL)
                                   *
DARRELL SUMBRY, ANTHONY SUMBRY,
and REGINALD SUMBRY,               *

      Defendants.                  *

_____

O R D E R

Plaintiff The Lincoln National Life Insurance Company filed a complaint in interpleader and has moved for permission to deposit into the registry of this Court the annuity benefit payable under variable annuity contract number 92-4676107 by reason of the death of Jimmie L. Sumbry in the amount of $102,629.26, plus applicable interest. Lincoln National takes no position on who should receive the proceeds; it simply seeks to deposit the annuity benefit proceeds into this Court's registry. Lincoln National also seeks to be dismissed from this action with prejudice and for Defendants to be permanently enjoined from pursuing any further action against Lincoln National with respect to the variable annuity contract or its proceeds. No objections were made to Lincoln Nation's motion to deposit funds and request to be dismissed from this action, and Defendants did not dispute that the amount Lincoln National seeks

to pay into this Court's registry represents the full amount of the proceeds due under the variable annuity contract.  Competing claims are asserted to those proceeds.  Accordingly, interpleader is appropriate, Lincoln National's motion (ECF No. 13) is granted, and Lincoln National is permitted to deposit the annuity benefit proceeds into the registry of this Court.

IT IS SO ORDERED, this 20th day of April, 2026.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA